PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

APPROXIMATELY $85,245.00 IN U.S. CURRENCY,

        Defendant.

2:21-MC-00218-WBS-AC

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

It is hereby stipulated by and between the United States of America and potential claimant Shalom Ifrah ("Ifrah"), by and through their respective counsel, as follows:

1.      On or about June 15, 2021, claimant Ifrah filed a claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation with respect to the Approximately $85,245.00 in U.S. Currency (hereafter "defendant currency"), which was seized on March 22, 2021.

2.      The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is September 13, 2021.

4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to December 13, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to December 13, 2021.

Dated:      9/9/2021                                              PHILLIP A. TALBERT
                                                                          Acting United States Attorney


                                                                           /s/ Kevin C. Khasigian
                                                                          KEVIN C. KHASIGIAN
                                                                          Assistant U.S. Attorney


Dated:      9/10/2021                                            /s/ Sandra R. Brown-Bodner
                                                                          SANDRA R. BROWN-BODNER
                                                                          EVAN J. DAVIS
                                                                          HOCHMAN SALKIN TOSCHER
                                                                          PEREZ P.C.
                                                                          Attorney for Shalom Ifrah

                                                                          (Authorized via email)



          IT IS SO ORDERED.

          Dated:  September 13, 2021

                                                                          WILLIAM B. SHUBB
                                                                          UNITED STATES DISTRICT JUDGE

2